

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

| | |
|---|---|
| Cause Number: | 01-18-00418-CV |
| Trial Court Cause Number: | 2013-50819 |
| Style: | Gregory Sullo and Brian Zimmerman |
| | v. Felix Michael Kubosh a/k/a Kubosh Bail Bonding, Paul Kubosh a/k/a Kubosh Law Office |
| | v. William Carter, et al. |
| Date motion filed*: | December 20, 2019 |
| Type of motion: | Motion for Extension of Time |
| Party filing motion: | Appellants |
| Document to be filed: | Motion for Rehearing |

Is appeal accelerated? ☒ Yes   ☐ No

If motion to extend time:

| | |
|---|---|
| Original due date: | January 3, 2020 |
| Number of previous extensions granted: | 1 |
| Date Requested: | 30 days |

Ordered that motion is:

☒ Granted

   If document is to be filed, document due: **February 3, 2020**

   ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

   ☐ The Court will not grant additional motions to extend time.

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: /s/ Evelyn V. Keyes
          ☒ Acting individually   ☐ Acting for the Court

Date: December 31, 2019